UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, *et al.*, <br><br> Defendants. | No. 08-cv-437 (RCL) |

## MOTION FOR ADMISSION, *PRO HAC VICE*, OF BEN WIZNER AS ADDITIONAL COUNSEL FOR PLAINTIFFS

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission, *pro hac vice,* of Ben Wizner, an attorney with the National Legal Department of the American Civil Liberties Union in New York and a member of the California Bar, as additional counsel for plaintiffs in this case. Mr. Wizner's declaration and a proposed order are filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. , Suite 119
Washington, DC 20036
Tel. (202) 457-0800
Fax (202) 452-1868

March 18, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, *et al*,

  Plaintiffs,

v.

DEPARTMENT OF DEFENSE, *et al.*,

  Defendants.

No. 08-cv-437 (RCL)

**DECLARATION OF BEN WIZNER**

Pursuant to Local Rule 83.2(d), I, Ben Wizner, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1.   My full name is Benjamin Elihu Wizner.

2.   I am an Attorney at the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 19th floor, New York, NY 10004. My office telephone number is 212-519-7860.

3.   I was admitted by examination to the Supreme Court of the State of California in November 2001 and remain a member in good standing. I am a member in good standing of the bars of the United States Supreme Court, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the District of Columbia Circuit, United States District Court for the Northern District of California, United States District Court for the Southern District of California, and United States District Court for the Central District of California.

4.  I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I have been admitted to this court *pro hac vice* once within the past two years.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 18th day of March.

Ben Wizner

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, *et al,*<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEPARTMENT OF DEFENSE, *et al.,*<br><br>　　　　　Defendants. | No. 08-cv-437 (RCL) |

[Proposed] **ORDER**

Upon consideration of the motion of Benjamin Wizner to appear in this action *pro hac vice*, it is hereby

ORDERED that the motion is granted.

Date: _____

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Royce C. Lamberth
　　　　　　　　　　　　　　　　　United States District Judge