UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, et al.,

    Plaintiffs,

v.

DEPARTMENT OF DEFENSE. et al.,

    Defendants.

No. 08-cv-0437 (RCL)

**DECLARATION OF SERVICE OF PROCESS
ON THE UNITED STATES ATTORNEY**

I, Arthur B. Spitzer, hereby declare:

On or about April 1, 2008, I served the United States Attorney for the District of Columbia in this action by sending a copy of the summons and complaint by certified mail to:

    The United States Attorney for the District of Columbia
    555 4th Street, NW
    Washington, DC 20001

A copy of the return receipt delivered to me by the U.S. Postal Service is attached to this declaration, showing receipt of that certified mail on April 7, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of April, 2008.

    /s/ *Arthur B. Spitzer*
    _____
    Arthur B. Spitzer (D.C. Bar. No. 235960)
    American Civil Liberties Union
      of the National Capital Area
    1400 20th Street, N.W., Suite 119
    Washington, D.C. 20036
    Tel: (202) 457-0800
    Fax: (202) 452-1868

    One of Counsel for Plaintiffs

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ernest L Parker* | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name*)<br>APR 07 2008 | C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Attorney for the<br>District of Columbia<br>555 4th Street, NW<br>Washington, DC 20001 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)*    ☐ Yes | |
| 2. Article Number<br>   *(Transfer from service label)* | 7003 1010 0003 8451 8566 | |
| PS Form 3811, August 2001 | Domestic Return Receipt | 102595-02-M-1540 |