UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF DEFENSE. et al.,<br><br>Defendants. | No. 08-cv-0437 (RCL) |

**DECLARATION OF SERVICE OF PROCESS
ON THE UNITED STATES DEPARTMENT OF DEFENSE**

I, Arthur B. Spitzer, hereby declare:

On or about April 1, 2008, I served the defendant U.S. Department of Defense in this action by sending a copy of the summons and complaint by certified mail to:

United States Department of Defense
1000 Defense Pentagon
Washington, DC 20301-1000

Attached to this declaration is a copy of the return receipt delivered to me by the U.S. Postal Service, showing that the certified mail was received at the DOD Office of General Counsel ("GC").  However, the receipt fails to show the date of delivery.  Also attached to this declaration is a copy of an e-mail from the U.S. Postal Service, responding to my inquiry about the date of delivery, indicating that the certified mail was delivered on April 7, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of April, 2008.

                                                  /s/ *Arthur B. Spitzer*

                                          _____
                                          Arthur B. Spitzer (D.C. Bar. No. 235960)
                                          American Civil Liberties Union
                                             of the National Capital Area
                                          1400 20th Street, N.W., Suite 119
                                          Washington, D.C. 20036
                                          Tel: (202) 457-0800
                                          Fax: (202) 452-1868

                                          One of Counsel for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>U.S. Dep't of Defense<br>1000 Defense Pentagon<br>Washington, DC 20301-1000 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>GC |
|  | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1010 0003 8451 8535 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

| Subj: | I received a return receipt in the mail, signed but with no "date of delivery... [Incident: 080414-002667] |
|---|---|
| Date: | Monday, April 14, 2008 5:00:36 PM |
| From: | uspshelpdesk@spemail.esecurecare.net |
| To: | artspitzer@aol.com |



**Subject**

I received a return receipt in the mail, signed but with no "date of delivery...

**Discussion Thread**

**Response (Anisha W)**                                                04/14/2008 03:00 PM

Dear ARTHUR Spitzer,

Thank you for contacting us about the status of your letter, 7003-1010-0003-8451-8535.

According to our records, your item was delivered at 6:12 AM on April 7, 2008 in WASHINGTON, DC 20310.

Complete tracking information is only available for Express Mail® items. Services that confirm delivery are designed to be a low cost alternative to full tracking. Certified Mail which is brought into the Post Office™ for mailing, will include an acceptance scan. It does not include tracking of the package en route.

If I can be of assistance to you in the future, please don't hesitate to contact me.

Thank you for choosing the United States Postal Service®.

Regards,

Anisha W

**Customer (ARTHUR Spitzer)**                                        04/14/2008 01:05 PM

I received a return receipt in the mail, signed but with no "date of delivery" shown. I went to the USPS website and entered the certified mail number in the "track & confirm" box, and got the response that "there is no record of this item." That cannot be correct, as the item was delivered and signed for. The certified mail number is 7003-1010-0003-8451-8535. Can you tell me the date of delivery?

Site Map   Contact Us   Forms   Affiliates   Gov't Services   Jobs   |   National & Premier Accounts

Copyright © 1999-2005 USPS. All Rights Reserved.   Terms of Use   Privacy Policy   No FEAR Act EEO Data

 Postal Inspectors Preserving the Trust

 Inspector General Promoting Integrity