UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION, et al.,

  Plaintiffs,

v.

DEPARTMENT OF DEFENSE. et al.,

  Defendants.

No. 08-cv-0437 (RCL)

## DECLARATION OF SERVICE OF PROCESS ON THE ATTORNEY GENERAL OF THE UNITED STATES

 I, Arthur B. Spitzer, hereby declare:

 On or about April 1, 2008, I served the Attorney General of the United States in this action by sending a copy of the summons and complaint by certified mail to:

 Attorney General of the United States
 Department of Justice
 1350 Pennsylvania Avenue, NW
 Washington, DC 20530

 A copy of the return receipt delivered to me by the U.S. Postal Service is attached to this declaration, showing receipt of that certified mail on April 7, 2008.

 I declare under penalty of perjury that the foregoing is true and correct.

 Executed this 15th day of April, 2008.

      /s/ *Arthur B. Spitzer*
      _____
      Arthur B. Spitzer (D.C. Bar. No. 235960)
      American Civil Liberties Union
       of the National Capital Area
      1400 20th Street, N.W., Suite 119
      Washington, D.C. 20036
      Tel: (202) 457-0800
      Fax: (202) 452-1868

      One of Counsel for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>APR 0 7 2008 |
| 1. Article Addressed to:<br><br>Attorney General of<br>    the United States<br>Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 1010 0003 8451 8559 |
| PS Form 3811, August 2001   Domestic Return Receipt | 102595-02-M-1540 |