IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF DEFENSE<br><br>CENTRAL INTELLIGENCE AGENCY<br>Defendant. | Civil Action No. 08-00437 (RCL) |

**DEFENDANTS' UNOPPOSED MOTION AND
MEMORANDUM FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), defendants, the Department of Defense ("DoD") and the Central Intelligence Agency ("CIA"), through undersigned counsel, hereby moves for a 30 day extension of time, until June 6, 2008, to respond to plaintiff's Complaint. Undersigned counsel contacted Plaintiff's counsel pursuant to L. R. Civ. P. 7(m) and was informed that plaintiff does not oppose this motion.

Defendants' response to plaintiff's Complaint is currently due to be filed on or before May 7, 2008. In order to file a proper answer, counsel requires additional time to consult with officials at the DoD and the CIA. Counsel for defendants was in San Francisco from April 20 until May 1, 2008 for a trial before the Northern District Court of California. In addition, in an attempt to limit the number of issues to be resolved by this Court, defendants and plaintiff are currently negotiating to determine if it may be possible to narrow the number and type of records plaintiff has requested from DoD and CIA. Defendants therefore seeks this enlargement of the

deadline for responding to plaintiff's Complaint, the first such extension of time that defendants have sought in this case.

WHEREFORE, the defendant respectfully requests that this Court grant a thirty day extension of time to respond to plaintiff's Complaint in the above captioned case.

Dated: May 6, 2008

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar #418925)
Assistant Director

 /s/ James J. Schwartz
JAMES J. SCHWARTZ
D.C. Bar No. 468625
Senior Counsel
U.S. Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7140
Washington, D.C. 20001
Telephone: (202) 616-8267
Facsimile: (202) 616-8202
James.Schwartz@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION,

    Plaintiff,

v.

DEPARTMENT OF DEFENSE

CENTRAL INTELLIGENCE AGENCY
    Defendant.

Civil Action No. 08-00437 (RCL)

ORDER

Upon consideration of defendants' motion for a thirty day extension of time to respond to plaintiff's Complaint, there being no opposition thereto, it is, this _____ day of May, 2008,

ORDERED, that defendants' motion for a thirty day extension of time to respond to plaintiff's Complaint is granted; and it is

FURTHER ORDERED, that defendants shall file an answer to plaintiff's Complaint on, or before, June 6, 2008.

_____
Royce C. Lamberth
United States District Judge