UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF DEFENSE, ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY ) <br> Defendants. ) | Civil Action No. 08-00437 (RCL) |

**JOINT MOTION TO SET A BRIEFING
SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**

The processing of the FOIA request submitted by plaintiff in the above referenced action will be complete in the following days and the parties have agreed it is ripe for summary judgment. The parties request that the following briefing schedule be set for the Motion for Summary Judgment:

a.  On June 30, 2008, defendants will file their Motion for Summary Judgment and memorandum in support thereof.

b.  On July 18, 2008, plaintiff will file its Opposition to Defendants' Motion for Summary Judgment.

c.  On July 31, 2008, defendants will file their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

d.  Plaintiff consents to granting defendants an extension until October 1, 2008, to file an answer to plaintiff's complaint

It is requested that the Court so order.

If the Court believes a hearing is necessary for this motion, the parties leave the scheduling of that hearing to the Court's discretion and convenience.

Respectfully submitted,

| | |
|---|---|
| Ben Wizner (pro hac vice)<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>New York, NY 10004<br>Phone: 212-549-2609<br>Fax: 212-549-2583<br>bwizner@aclu.org | GREGORY G. KATSAS<br>Acting Assistant Attorney General<br><br>JEFFREY A. TAYLOR<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br> (D.C. Bar #418925)<br>Assistant Director |
| */s/ Arthur B. Spitzer*<br>Arthur B. Spitzer (D.C. Bar. No. 235960)<br>American Civil Liberties Union<br>   of the National Capital Area<br>1400 20th Street, N.W., Suite 119<br>Washington, D.C. 20036<br>Tel: (202) 457-0800<br>Fax: (202) 452-1868<br><br>Counsel for Plaintiffs | */s/ James J. Schwartz*<br>JAMES J. SCHWARTZ<br>D.C. Bar No. 468625<br>Senior Counsel<br>U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 7140<br>Washington, D.C. 20001<br>Telephone: (202) 616-8267<br>Facsimile: (202) 616-8202<br>James.Schwartz@usdoj.gov<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF DEFENSE, ) <br> ) <br> CENTRAL INTELLIGENCE AGENCY ) <br> Defendants. ) | Civil Action No. 08-00437 (RCL) |

**(Proposed) ORDER ON JOINT MOTION TO SET A
BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**

Having considered the Parties' Joint Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule, unless it is modified by the Court for its own convenience or on application of a party for good cause shown:

a. On June 30, 2008, defendants will file its Motion for Summary Judgment and memorandum in support thereof.

b. On July 18, 2008, plaintiff will file its Opposition to defendants Motion for Summary Judgment.

c. On July 31, 2008, defendants will file their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

d. Defendants shall have until October 1, 2008, to file an answer to plaintiff's complaint.

SO ORDERED on this ____ day of June, 2008.

_____
Royce C. Lamberth
United States District Judge