UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>CENTRAL INTELLIGENCE AGENCY )<br>Defendants. )<br>) | Civil Action No. 08-00437 (RCL) |

ORDER ON JOINT MOTION TO SET A
BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT

Having considered the Parties' Joint Proposed Briefing Schedule, the parties shall adhere to the following briefing schedule, unless it is modified by the Court for its own convenience or on application of a party for good cause shown:

a. On June 30, 2008, defendants will file its Motion for Summary Judgment and memorandum in support thereof.

b. On July 18, 2008, plaintiff will file its Opposition to defendants Motion for Summary Judgment.

c. On July 31, 2008, defendants will file their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

d. Defendants shall have until October 1, 2008, to file an answer to plaintiff's complaint.

SO ORDERED on this 12th day of June, 2008.

_____/s/_____
Royce C. Lamberth
United States District Judge