UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08-00437 (RCL) |
| DEPARTMENT OF DEFENSE, | ) ) ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| Defendants. | ) ) | |

**DEFENDANTS' STATEMENT OF FACTS
AS TO WHICH THERE IS NO GENUINE ISSUE**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule of Civil Procedure 56.l, defendants respectfully submit the following material facts as to which there is no genuine issue to be tried:

1. By letter dated April 20, 2007, Plaintiffs submitted a FOIA request to DOD and CIA requesting documents relating to 14 High-Value Detainees ("HVDs") currently in detention in Guantánamo Bay, Cuba.  See Exhibit A to the Hilton.

2. The fourteen HVDs that are the subject of Plaintiffs' FOIA request are Abu Faraj al-Libi, Walid Bin Attash, Khalid Sheikh Muhammad, Ramzi Bin al-Shib, Ahmed Khalfan Ghailani, Mohd Farik bin Amin (known as Zubair), Mustafa Al Hawsawi, Abd Al Rahim Hussein Mohammed (known as Al Nashiri), Bashir Bin Lap (known as Lillie), Ammar Al Baluchi, Rjduan Bin Isomuddin (known as Hambali), Zayn Al Abidin Muhammad Husayn (known as Abu Zubaydah), Majid Khan, and Guleed Hassan Ahmed.  Hilton Decl. n. 2.

3. Each of these 14 HVDs had a hearing in Spring 2007 before the Combatant Status Review Tribunal ("CSRT") in Guantánamo Bay. Hilton Decl. ¶ 9.

4. On May 4, 2007, the CIA acknowledged receipt of Plaintiffs' FOIA request and granted Plaintiffs' request for expedited processing and fee waiver. See Exhibit B to the Hilton Decl.

5. Prior to processing Plaintiffs' FOIA request, the CIA had reviewed and redacted six of the 14 transcripts in order for DOD to make them publicly available. The CIA determined, at that time, that the remaining eight transcripts did not require redaction. The six redacted and eight unredacted transcripts have been publicly available through DOD's website since August 9, 2007. Hilton Decl. ¶ 14.

6. In response to Plaintiffs' FOIA request, the CIA re-reviewed the transcripts according to FOIA standards. Based on that review the CIA determined that the information redacted from the six transcripts could not be publicly released. Hilton Decl. ¶ 14.

7. Most of the six redacted transcripts are not heavily redacted. Only one transcript has several pages redacted out of a total of 50 pages for that transcript. Hilton Decl ¶ 26. One transcript has only one sentence redacted while another has only a portion of one paragraph. Id. ¶¶ 22, 25. The remaining three transcripts only contain redactions on several of their pages. Id. ¶¶ 23, 24, 27.

8. Once the CIA completed the review of the transcripts in response to Plaintiffs' FOIA request, the CIA transmitted the transcripts to DOD for their release to Plaintiffs. DOD released the Transcripts to Plaintiffs on June 13, 2008. Hilton

Decl. ¶ 16.

9. In addition to the CSRT transcripts, the CIA identified documents submitted by the HVDs or their Personal Representatives to the CSRT, which are responsive to the second item in Plaintiffs' FOIA request. Many of these documents, such as prepared statements by the HVDs, were read verbatim into the transcript of the CSRT. Only five of these documents that are not publicly available were not included in the CSRT transcripts. Hilton Decl. ¶ 17.

10. The CIA processed these five documents, totaling 13 pages, in response to Plaintiffs' FOIA request: (1) a one-page diary excerpt of Abu Zubaydah; (2) a two-page written statement of Khalid Sheikh Muhammad; (3) a seven-page written statement of Hambali; (4) two pages of "Detainee Session Notes" prepared by the Personal Representative of Majid Khan and entered into evidence at his CSRT hearing; and (5) A one-page written statement of Bin Lap responding to particular items of evidence. Hilton Decl. ¶¶ 18, 19.

11. The CIA determined that two of the documents could be released in full and that certain information redacted from the three other documents could not be publicly released. Hilton Decl. ¶ 19.

12. Once the CIA completed the review of these five documents, the CIA transmitted them to DOD for their release to Plaintiffs. DOD released all segregable information from these five documents to Plaintiffs on June 25, 2008. Hilton Decl. ¶ 20.

Dated:  June 30, 2008

                                        Respectfully Submitted,

                                        GREGORY G. KATSAS
                                        Acting Assistant Attorney General

                                        JEFFREY A. TAYLOR
                                        United States Attorney

                                        ELIZABETH J. SHAPIRO
                                        (D.C. Bar #418925)
                                        Assistant Director

                                          /s/ James J. Schwartz
                                        JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                        Senior Counsel
                                        United States Department of Justice
                                        Civil Division, Federal Programs Branch
                                        20 Massachusetts Avenue N.W.  Room 7140
                                        Washington, D.C.  20530
                                        Tel.: (202) 616-8267
                                        Fax: (202) 616-8202
                                        Email: james.schwartz@usdoj.gov
                                        Counsel for Defendants