UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 08-00437 (RCL) |
| DEPARTMENT OF DEFENSE, | ) | |
| CENTRAL INTELLIGENCE AGENCY | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on the Motion for Summary Judgment by Defendants, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that summary judgment is awarded to the Defendants United States Department of Defense and Central Intelligence Agency with respect to all claims raised against it by the Plaintiff, American Civil Liberties Union; and it is further

ORDERED that the Clerk of the Court shall enter judgment in favor of the Defendants United States Department of Defense and Central Intelligence Agency.

**IT IS SO ORDERED.**

Dated: _____

_____
THE HON. ROYCE C. LAMBERTH
United States District Judge