UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
AMERICAN CIVIL LIBERTIES UNION, *et al.,*  )
                                    )
         Plaintiffs,                )
                                    )
    v.                              )    No. 08-cv-437 (RCL)
                                    )
DEPARTMENT OF DEFENSE, *et al.,*    )
                                    )
         Defendants.                )
_____ )

**JOINT STATUS REPORT IN LIGHT OF REMAND**

The parties respectfully submit this status report to advise the Court of developments in this litigation and to propose a course for further proceedings.

1. Plaintiffs filed a Freedom of Information Act (FOIA) request seeking records related to fourteen named individuals detained at the U.S. detention facility in Guantanamo Bay, Cuba. To date, the government has produced eight unredacted and six partially-redacted transcripts of Combatant Status Review Tribunal (CSRT) proceedings for these individuals. It has also produced two unredacted and three partially-redacted documents that were provided to the CSRT tribunals by these individuals or their personal representatives.

2. In this Court, the parties litigated over whether the government had properly redacted these documents. This Court granted the government's summary judgment motion, holding that the redactions were proper under Exemptions 1 and 3 of the FOIA. Plaintiffs appealed that determination.

3. On April 9, 2009, the parties jointly filed a motion for a 30-day extension of the briefing schedule in this case. In that motion, the parties noted that the government was examining its position in this litigation in light of an intervening Executive Order relating to the CIA's detention and interrogation operations.

4. On April 16, the government declassified four Department of Justice memoranda that described interrogation techniques that had been authorized for use by the CIA against some of the fourteen individuals named in this FOIA.

5. On May 14, 2009, the parties jointly filed a motion to remand the case to this Court. In that motion, the parties noted that the government had agreed to re-process the redacted documents at issue in this case in accordance with the FOIA in order to determine whether additional information could be released. The government agreed to process the documents, and to release to plaintiffs any additional portions of those documents that could be disclosed, within 30 days from the date of that motion.

6. On May 19, 2009, the Court of Appeals remanded the case to this Court.

7. Pursuant to the agreement of the parties, the government will complete its re-processing and release of the documents at issue on or before June 12, 2009. The parties will thereafter report to the Court regarding further proceedings in this matter.

May 28, 2009                                           Respectfully submitted,

*/s/ Ben Wizner*
Ben Wizner (pro hac vice)                              TONY WEST
American Civil Liberties Union                         Assistant Attorney General
  Foundation
125 Broad Street                                       JEFFREY A. TAYLOR
New York, NY 10004                                     United States Attorney
Phone: 212-549-2609
Fax: 212-549-2583                                      JOHN TYLER
bwizner@aclu.org                                       Assistant Director

3

| | |
|---|---|
| */s/ Arthur B. Spitzer* <br> Arthur B. Spitzer <br>   (D.C. Bar. No. 235960) <br> American Civil Liberties Union <br>   of the National Capital Area <br> 1400 20th Street, N.W., Suite 119 <br> Washington, D.C. 20036 <br> Tel: (202) 457-0800 <br> Fax: (202) 452-1868 <br><br> *Counsel for Plaintiffs* | /s/ *James J. Schwartz* <br> JAMES J. SCHWARTZ (D.C. Bar No. 468625) <br> Senior Counsel <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Avenue N.W.  Room 7140 <br> Washington, D.C.  20530 <br> Tel.: (202) 616-8267 <br> Fax: (202) 616-8202 <br> james.schwartz@usdoj.gov <br><br> *Counsel for Defendants* |