UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br>   AMERICAN CIVIL LIBERTIES UNION<br>   FOUNDATION,<br><br>            Plaintiffs,<br><br>      v.<br><br>DEPARTMENT OF DEFENSE,<br>   CENTRAL INTELLIGENCE AGENCY,<br><br>            Defendants. | Civ. No. 08-437 (RCL) |

## ORDER

Upon remand from the Court of Appeals, this Court held a status conference in this matter on June 22, 2009. In accordance with that proceeding, it is hereby

ORDERED that plaintiff's unopposed oral motion to vacate this Court's Memorandum Opinion and Order of October 29, 2008 is GRANTED; and it is further

ORDERED that briefing as to summary judgment shall be conducted according to the following schedule:

| | |
|---|---|
| Defendants' Motion for Summary Judgment | By August 18, 2009 |
| Plaintiffs' Opposition | By September 8, 2009 |
| Defendants' Reply | By September 22, 2009 |

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on June 26, 2009.