UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, ) | |
| ) | |
| AMERICAN CIVIL LIBERTIES UNION ) | |
|  FOUNDATION, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 08-00437 (RCL) |
| ) | |
| DEPARTMENT OF DEFENSE, ) | |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that defendants' Motion [21] for Summary Judgment is GRANTED. Judgment is hereby entered dismissing this case with prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on October 16, 2009.